UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO A DELEON,<br><br>    Petitioner,<br><br>    v.<br><br>BRYAN D PHILLIPS,<br><br>    Respondent. | Case No. 23-cv-01862-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 14 |

Good cause being shown, Respondent's request for an extension of time to file his answer to the Order to Show Cause (Dkt. No. 14) is GRANTED. Respondent shall file an answer to the Court's Order to Show Cause by October 27, 2023. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **twenty-eight (28) days** of the date the answer is filed.

This order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated: 9/6/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge