UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO A DELEON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN TAMMY L. CAMPBELL,<br><br>Respondent. | Case No. 23-cv-01862-HSG<br><br>**JUDGMENT** |

The Court has DENIED the petition for a writ of habeas corpus, and DENIED a certificate of appealability. The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/16/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge